IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES D. RILES, | * | |
| Plaintiff, | * | |
| v. | * | CV 116-214 |
| AUGUSTA-RICHMOND COUNTY COMMISSION, ROBERT LEVINE, JOANIE SMITH, and RONALD HOUCK, | * | |
| Defendants. | * | |

## O R D E R

Before the Court is the Parties' joint dismissal with prejudice. (Doc. 36.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of February, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA